# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv140

| | |
|---|---|
| ANCIENT SUN NUTRITION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OREGON ALGAE, LLC; KVB, LLC; ) | |
| and KVB, LLC, d/b/a Klamath Valley ) | |
| Botanicals, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on defendants' Motion for Enlargement of Time. In addition, it appears to the court that this is a diversity action and that defendants include limited liability companies, whose constituent membership has not been alleged in the Complaint; however, in the Notice of Removal, defendants have sufficiently stated the members of the limited liability corporations as well as their residences, thereby satisfying the requirements of Carden v. Arkoma Associates, 494 U.S. 185, 195 (1990); see also Mecklenburg County v. Time Warner Entertainment-Advance/Newhouse Partnership, 2010 WL 391279 (W.D.N.C. Jan. 26, 2010). Having considered defendants' motion and reviewed the pleadings, the court enters the following Order.

# ORDER

**IT IS, THEREFORE, ORDERED** that defendants' Motion for Enlargement of Time (#4) is **GRANTED,** and defendants are allowed 21 days from disposition of the Motion to Transfer to answer or otherwise respond to the Complaint.

Signed: August 17, 2010

Dennis L. Howell
United States Magistrate Judge