IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10cv140

| | |
|---|---|
| ANCIENT SUN NUTRITION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| OREGON ALGAE, LLC; KVB, LLC; ) | |
| and KVB, LLC, d/b/a Klamath Valley ) | |
| Botanicals, LLC, ) | |
| ) | |
| Defendants/Third- ) | |
| Party Plaintiffs, ) | |
| ) | |
| Vs. ) | |
| ) | |
| CLIVE G. ADAMS, ) | |
| ) | |
| Third-Party ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on the Report of Mediator filed January 11, 2011, indicating that the case has been completely settled and that counsel will file with the court a copy of the settlement agreement by January 21, 2011. Docket Entry #24, at p.2. Based on such representation, the parties shall file a Rule 41 stipulation of dismissal not later than February 11, 2011.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties filed their Rule 41 Stipulation of Dismissal not later than February 11, 2011. Failure to file such stipulation by such date may result in the district court entering an involuntary dismissal in accordance with Rule 41(b).

Signed: January 14, 2011

Dennis L. Howell
United States Magistrate Judge